Sheehan & Associates, P.C.        60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
cpatalano@spencersheehan.com       tel. 516.303.0552    fax 516.234.7800

September 25, 2020

District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:  1:20-cv-04936-RA
               Marsella, et al v. The Hain Celestial Group, Inc.

Dear District Judge Abrams:

      This office represents the plaintiff. In accordance with Your Honor's Individual Rules and Practices, plaintiff writes to requests an adjournment of the initial conference and submission of the joint case management plan and scheduling order.

      The original date for the Initial Conference is Friday, October 2, 2020 and the submission of the case management plan and scheduling order is be to filed no later than today, Friday, September 25, 2020.

      The reason for this request is because the defendant waived service on Wednesday, September 23, 2020. As set by the Court, defendant's answer is due Monday, November 23, 2020.

      The parties request an adjournment of the Initial Conference and corresponding submission of a case management plan until Monday, November 16, 2020, 45 days from the date of the original Initial Conference on Friday, October 2, 2020. The parties anticipate using this additional time for further discussion. This request is submitted at least 48 hours prior to the date of the conference. This request does not affect any other scheduled dates. Thank you.

                                      Respectfully submitted,

                                      /s/Christopher Patalano
                                      Christopher Patalano

---

Application granted.  The initial conference scheduled for October 2, 2020 is hereby adjourned to November 20, 2020 at 10:15 a.m.  The parties shall submit their joint letter and proposed case management plan and scheduling order no later than November 16, 2020.

SO ORDERED.

                                 Hon. Ronnie Abrams
                                 9/28/2020

Certificate of Service

I certify that on September 25, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Christopher Patalano