**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 11-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM MARSELLA AND ROBERT PATERSON, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

v.

THE HAIN CELESTIAL GROUP, INC.,

                Defendants.

No. 20-CV-4936 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the parties' joint letter and proposed case management plan. The initial status conference scheduled for Friday, November 20, 2020 at 10:15 a.m. will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    November 17, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge