United States District Court
Southern District of New York                    1:20-cv-04936-RA

| | |
|---|---|
| William Marsella, Robert Paterson, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| - against - | Notice of Voluntary Dismissal |
| The Hain Celestial Group, Inc., | |
| Defendant | |

    Plaintiffs give notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 8, 2021

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Christopher Patalano
    Christopher Patalano
    60 Cutter Mill Rd Ste 409
    Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
    cpatalano@spencersheehan.com

1:20-cv-04936-RA
United States District Court
Southern District of New York

William Marsella, Robert Paterson, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

The Hain Celestial Group, Inc.,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
60 Cutter Mill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 8, 2021

/s/ Christopher Patalano
Christopher Patalano

Certificate of Service

I certify that on March 8, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ |

    /s/ Christopher Patalano
Christopher Patalano